JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ANN GRAF, | Case No. EDCV 10-1197-MLG |
|             Plaintiff, | JUDGMENT |
|     v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | |
|            Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Plaintiff and that the matter be remanded for an award of benefits.


DATED:   March 11, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge